UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH PIRELA ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:17-CV-559-D** |
| ) | |
| JEFF ATKIN, Clerk of Court, Supreme ) | |
| Court of the United States, Case No. 177-M53 ) | |
| Appeal, ILEANA ROS- LEHTINEN, HOUSE ) | |
| OF REPRESENTATIVES, The Congress of ) | |
| the United States of America, HOUSE OF ) | |
| PROSTITUTION OF UNKNOWN BAR OF ) | |
| HOMOSEXUALS, (Sex Workers ) | |
| Transvestites-Prostitutes), ALOYMA ) | |
| SANCHEZ, JUDGE THOMAS WILLIAMS, ) | |
| MIAMI POLICE DEPARTMENT, THE ) | |
| STATE OF FLORIDA PROCEEDINGS ) | |
| PROSECUTIONS, UNKNOWN BAR OF ) | |
| HOMOSEXUALS, TRANSVESTITES ) | |
| UNKNOWN, SEX WORKERS 33 HEALTH ) | |
| CARE BAKER ACT OF JACKSON ) | |
| HOSPITAL, (4) TRANSVESTITE MATTHEW) | |
| JOHN PROSTITUTE HOMOSEXUAL, ) | |
| DAVID COUNTIN, (1) Client, DON SMITH, ) | |
| UNKNOWN TRANSVESTITE BAR ) | |
| PROSTITUTE OF BAR OF HOMOSEXUALS ) | |
| UNKNOWN, (9), DENIS FONSECA, ANGEL ) | |
| MIRANDA, CARLOS ALVAREZ, CITY OF ) | |
| MIAMI, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. Plaintiff's other motions [D.E. *5,* 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17] are DENIED.

**This Judgment Filed and Entered on December 28, 2017, and Copies To:**

| | |
|---|---|
| Joseph Pirela | (Sent to 2317 Fox Ridge Manor Dr. Raleigh, NC 27610 via US Mail) |
| DATE: | PETER A. MOORE, JR., CLERK |
| December 28, 2017 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |